RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/9/14
   gDB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ELTON DUFOUR                          DOCKET NO.: 1:13-cv-01041

VERSUS
                                      JUDGE JAMES T. TRIMBLE, JR.
CAROLYN W. COLVIN                     MAGISTRATE JUDGE JAMES D. KIRK


JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Dufour's appeal is **DENIED**.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 9th day of , 2014.

                                    _____
                                    JAMES T. TRIMBLE, Jr.
                                    UNITED STATES DISTRICT JUDGE